# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DONALD BATEMAN, | ) |
| Movant, | ) ) ) |
| v. | ) No. 4:16-CV-1771 AGF |
| UNITED STATES OF AMERICA, | ) ) ) |
| Respondent, | ) |

## MEMORANDUM AND ORDER

Before the Court is movant's motion to amend his motion to vacate, as well as his request to stay this action pending the United States Supreme Court's decision in *Beckles v. United States*, -- U.S.-- , 136 S.Ct. 2510, No. 15-8544, 2016 WL 1029080 (cert. granted June 27, 2016). A copy of the proposed amended petition is filed as Doc. No. 8. Movant's motion to amend his motion to vacate will be granted, and his request to stay this action will also be granted.

Accordingly,

**IT IS HEREBY ORDERED** that movant's motion to amend his motion to vacate [Doc. #7] is **GRANTED**.

**IT IS HEREBY ORDERED** that movant's request to stay this action pending the United States Supreme Court's decision in *Beckles v. United States,* -- U.S.-- , 136 S.Ct. 2510, No. 15-8544, 2016 WL 1029080 (cert. granted June 27, 2016) is **GRANTED**.

**IT IS FURTHER ORDERED** that movant must give notice to the Court within twenty-eight (28) days of the Supreme Court's decision.

**IT IS FURTHER ORDERED** that the Clerk is directed to administratively close this case.

Dated this 1st day of February, 2017.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE