# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DONALD BATEMAN, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | No. 4:16-CV-1771 AGF |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent, ) | |

## MEMORANDUM AND ORDER

In light of defense counsel's response to the Order to Show Cause entered on April 19, 2018, the Court will grant counsel's request to withdraw from representation of movant in this action.

Accordingly,

**IT IS HEREBY ORDERED** that Robert Wolfrum's request to withdraw as counsel for movant in this matter [Doc. #12] is **GRANTED.**

Dated this 25th day of July, 2018.

*Audrey G. Fleissig*
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE